**Order entered November 30, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01271-CV

## IN RE METHODIST HOSPITALS OF DALLAS
## D/B/A METHODIST RICHARDSON MEDICAL CENTER, Relator

**Original Proceeding from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-01349-2016**

## ORDER
Before Justices Francis, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **GRANT** relator's November 21, 2016 motion to dismiss for mootness, **LIFT** the Court's October 26, 2016 order staying the trial court's October 20, 2016 order compelling appellant to respond to plaintiff's interrogatory no. 5, and **DISMISS** this original proceeding.  We **ORDER** each party to bear its own costs of this original proceeding.

/s/ ROBERT M. FILLMORE
   JUSTICE